# In the United States District Court
## for the Southern District of Georgia
### Waycross Division

PAUL WHIBBEY, )
)
    Plaintiff, )
)
v. ) CV 518-025
)
PAUL GREICO, KAREN CHEATHAM, )
LINTON DELOACH, and )
CHARLES BOWEN, )
)
    Defendants. )

### ORDER

Before the Court is Plaintiff Paul Whibbey's "motion to withdraw complaint," dkt. no. 45, wherein he states his desire to "withdraw the above-stated case filed March 14 2018." The Court construes Whibbey's motion as a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). There having been no answer by Defendants, Whibbey is entitled to dismiss this case pursuant to Rule 41(a)(1)(A)(i). Accordingly, all claims asserted in this action are dismissed without prejudice. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to terminate all pending motions and to close this case.

**SO ORDERED**, this 1st day of April, 2019.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)